UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS E TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-48 |
| | § | |
| WILLACY STATE JAIL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 5, 2019, the United States Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that Plaintiff Luis Trevino's Complaint (Doc. 1) should be dismissed without prejudice for want of prosecution, pursuant to FED. R. CIV. P. 41(b). No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 22). Accordingly, it is:

**ORDERED** that Plaintiff's Complaint (Doc. 1) is dismissed without prejudice for want of prosecution, pursuant to FED. R. CIV. P. 41(b).

SIGNED this 17th day of October, 2019.

*Fernando Rodriguez, Jr.*

Fernando Rodriguez, Jr.
United States District Judge